## Herschel H. Campbell, Appellee, v. Chicago, Burlington and Quincy Railroad Company, Appellant.

### Gen. No. 41,888. 

 Heard in first division, first district, this court at October term, 1941; opinion filed April 20, 1942. Martin, Ullmann & Brown and Kramer, Campbell, Costello & Wiechert, for appellant; S. R. Prince and H. O'B. Cooper, of counsel; Leo G. Hanna, for appellee; Samuel Cohen, of counsel. Opinion by PRESIDING JUSTICE McSURELY. "Not to be published in full."